

**SNOHOMISH COUNTY SHERIFF'S OFFICE**
INTEGRITY · DIGNITY · COMMITMENT · PRIDE

FILED
Western District of Washington
at Seattle

JAN 05 2015

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

DECEMBER 31, 2014

U S BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
700 STEWART ST, STE 6301
SEATTLE, WA 98101-1271

RE: BERRY FARM MASTER CONDOMINIUM ASSOCIATION VS. BERTOLDO MEDINA, ETAL
SNOHOMISH COUNTY SUPERIOR COURT NO. 14 2 02631 3

BANKRUPTCY NO. 14-19237

I AM NOTIFYING YOU THAT I HAVE A PENDING ACTION UNDER THE ABOVE ENTITLED COURT, BY VIRTUE OF AN ORDER OF SALE. ENCLOSED IS A COPY OF SAID ORDER.

FURTHER ACTION WILL BE STAYED UNTIL FURTHER ORDER OF THE COURT IN THIS MATTER.

TY TRENARY, SHERIFF
SNOHOMISH COUNTY SHERIFF'S OFFICE

M. RICHARDSON, CIVIL DEPUTY

DOCKET #14006700

RECEIVED

2014 NOV 24 AM 11:03

SHERIFF'S OFFICE
SNOHOMISH COUNTY
EVERETT, WA

THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF SNOHOMISH

| | |
|---|---|
| BERRY FARM MASTER CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br>v.<br><br>BERTOLDO MEDINA, an individual, and JANE or JOHN DOE MEDINA, an individual, and the marital or quasi-martial community comprised thereof; RIGOBERTO HERNANDEZ, an individual, and JANE or JOHN DOE HERNANDEZ, and the marital or quasi-marital community comprised thereof; PNC BANK, N. A.; ONYX ACCEPTANCE CORPORATION, a Delaware corporation; and STATE OF WASHINGTON,<br><br>Defendants. | Case No. 14-2-02631-3<br><br>ORDER OF SALE |

TO THE STATE OF WASHINGTON AND THE SNOHOMISH COUNTY SHERIFF:

WHEREAS on the 24th day of July, 2014, Plaintiff obtained an Order of Default and Default Judgment against Defendants Bertoldo Medina and Jane or John Doe Medina, and Rigoberto Hernandez and Jane or John Doe Hernandez, in the amount of $6,873.33, plus all assessments, interest, attorney's fees, and costs incurred after the date said Judgment was obtained;

WHEREAS, on the 24th day of July, 2014, Plaintiff obtained a Decree of Foreclosure of a lien recorded in Snohomish County under recording number

ORDER OF SALE - Page 1 of 3

Condominium Law Group, PLLC
10310 Aurora Avenue North
Seattle, WA 98133
(206) 633-1520

14006700

201401160256 on the following described real property situated in Snohomish County, Washington:

> UNIT 85, THE BERRY FARM I, A CONDOMINIUM AND USE OF LIMITED COMMON ELEMENTS, IF ANY, ACCORDING TO THE DECLARATION THEREOF RECORDED UNDER SNOHOMISH COUNTY RECORDING NO. 200201100672 AND SURVEY MAPS AND PLANS RECORDED UNDER SNOHOMISH COUNTY RECORDING NO. 1, 200201105005, AND ANY AMENDMENTS THERETO;

with a tax parcel identification number of 009318-000-085-00;

THEREFORE you are hereby commanded to proceed to seize and sell forthwith and without appraisement, the above-described real property, in the manner provided by law; or so much thereof as may be necessary to satisfy the above-referenced Judgment, plus all assessments, interest, attorney's fees, and costs incurred after the date said Judgment was obtained, and if you fail to find said real property, or if the proceeds of such sale be insufficient to satisfy said Judgment, interest, fees, and costs, you are directed to make the money or any balance thereof remaining unpaid, out of the above-described real property.

HEREIN FAIL NOT, but due return make hereof within sixty (60) days, showing how you have executed the same.

WITNESS THE HONORABLE Michael T. Downes, Judge of the Superior Court.

DATED this ___ day of NOV 14 2014 2014.



SONYA KRASKI
SNOHOMISH COUNTY CLERK
_____
Superior Court Clerk

By _____
Deputy Clerk

Judgment #: 14-9-06400-8

SONYA KRASKI
SNOHOMISH COUNTY CLERK
M/S # 605
3000 ROCKEFELLER
EVERETT, WASHINGTON 98201

ORDER OF SALE - Page 2 of 3

Condominium Law Group, PLLC
10310 Aurora Avenue North
Seattle, WA 98133
(206) 633-1520

Presented by:
CONDOMINIUM LAW GROUP, PLLC

_____
Rachel R. Burkemper, WSBA #39989
Attorneys for Plaintiff

*This Order of Sale may be extended for up to 30 days for purposes of sale.*

ORDER OF SALE - Page 3 of 3

Condominium Law Group, PLLC
10310 Aurora Avenue North
Seattle, WA 98133
(206) 633-1520

Case 14-19237-KAO    Doc 13    Filed 01/05/15    Ent. 01/05/15 12:40:02    Pg. 4 of 4